UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dontae Mathis,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Director of Accounting NDOC,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00874-RFB-EJY<br><br>**ORDER** |

　　　　Plaintiff, an inmate in the custody of High Desert State Prison, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 on June 5, 2023. ECF No. 1-1. A week later Plaintiff filed inmate financial documents. ECF No. 3.

　　　　Under 28 U.S.C. § 1915(a)(2) and LSR 1-2, Plaintiff may apply for *in forma pauperis* status, which would allow him to file his civil action without prepaying the $402 filing fee, if he submits **three** required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Plaintiff has not submitted the documents to proceed *in forma pauperis* and has not paid the $402 filing fee for a civil action.

　　　　Accordingly, IT IS HEREBY ORDERED that on or before **July 21, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　　　IT IS FURTHER ORDERED that failure to pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **July 21, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his

case, under a new case number, when he is able to pay the required filing fee or comply with LSR 2-1 and file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application. The Clerk of the Court must also send Plaintiff a courtesy copy of his financial documents (ECF No. 3).

DATED this 22nd day of June, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2